IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
01 NOV 30 AM 8:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| ADRIAN KERMITT DUNCAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV 01-S-2265-NE |
| | ) | |
| RODNEY SILAS and JEANETTE SMITH, | ) | |
| | ) | |
| Defendants. | ) | |

ENTERED
NOV 30 2001

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on October 31, 2001, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim for which relief can be granted. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim for which relief can be granted. A Final Judgment will be entered.

DATED this 30th day of November, 2001.

_____
UNITED STATES DISTRICT JUDGE